IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 21 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | 2:02-CR-0060 (02) |
| § | |
| DELISSA MARIE VALDEZ § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION and
## DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Defendant has filed a motion to vacate, set aside or correct sentence by a person in federal custody. On January 4, 2007, Judgment was entered denying all of defendant's claims except one ineffective assistance of counsel claim. On February 14, 2007, an evidentiary hearing was held on this remaining issue. On March 6, 2007 a Supplemental Report and Recommendation was issued by the United States Magistrate Judge wherein he recommended denial of defendant's remaining claim. Defendant VALDEZ filed objections to the Report and Recommendation on March 19, 2007.

The United States District Judge has made an independent examination of the record in this case. The undersigned United States District Judge hereby OVERRULES defendant's objections, and ADOPTS the Magistrate Judge's Supplemental Report and Recommendation. Accordingly, the motion to vacate, set aside or correct sentence filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _21st_ day of _March_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE